Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
7  Warner Music Group Corp., which is publicly traded in the U.S.

8  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
9  by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
10 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
11 latter of which is publicly traded in the United States.

12 Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi S.A., a
13 publicly held French company.

14 Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
15 publicly held French company.

16 Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is
17 Warner Music Group Corp., which is publicly traded in the U.S.

18 Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
19 Group Corp., which is publicly traded in the U.S.

20 Dated: March 27, 2008                HOLME ROBERTS & OWEN LLP

                                       By _____
                                       MATTHEW FRANKLIN JAKSA
                                       Attorney for Plaintiffs
                                       ATLANTIC RECORDING CORPORATION;
                                       SONY BMG MUSIC ENTERTAINMENT;
                                       MOTOWN RECORD COMPANY, L.P.; UMG
                                       RECORDINGS, INC.; ELEKTRA
                                       ENTERTAINMENT GROUP INC.; and
                                       WARNER BROS. RECORDS INC.

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#36483 v1