RECEIVED
08 MAR 27 PM 12: 46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Matthew Franklin Jaksa (CA State Bar No. 248072)
     HOLME ROBERTS & OWEN LLP
2    560 Mission Street, 25th Floor
3    San Francisco, CA  94105-2994
     Telephone:  (415) 268-2000
4    Facsimile:  (415) 268-1999
     Email:     matt.jaksa@hro.com
5

E-filing

6    Attorneys for Plaintiffs,
     ATLANTIC RECORDING
7    CORPORATION; SONY BMG MUSIC
     ENTERTAINMENT; MOTOWN RECORD
8    COMPANY, L.P.; UMG RECORDINGS,
     INC.; ELEKTRA ENTERTAINMENT
9    GROUP INC.; and WARNER BROS.
10   RECORDS INC.

11

12              UNITED STATES DISTRICT COURT            CW
              NORTHERN DISTRICT OF CALIFORNIA
13              _____ DIVISION

14

15   ATLANTIC RECORDING CORPORATION, a      CASE NO. _____
     Delaware corporation; SONY BMG MUSIC
16   ENTERTAINMENT, a Delaware general       [PROPOSED] ORDER GRANTING
     partnership; MOTOWN RECORD COMPANY,     PLAINTIFFS' EX PARTE APPLICATION
17   L.P., a California limited partnership; UMG   FOR LEAVE TO TAKE IMMEDIATE
     RECORDINGS, INC., a Delaware corporation;   DISCOVERY
18   ELEKTRA ENTERTAINMENT GROUP INC.,
     a Delaware corporation; and WARNER BROS.
19   RECORDS INC., a Delaware corporation,

20              Plaintiffs,
21
22        v.
23
     JOHN DOE,
24              Defendant.

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY
Case No. _____
#36488 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on California State University,

4    Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks

5    documents that identify Defendant, including the name, current (and permanent) address and

6    telephone number, e-mail address, and Media Access Control addresses for Defendant.  The

7    disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10   under the Copyright Act.

11

12   DATED:_____        By: _____

13                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY
Case No. _____
#36488 v1