AO 121 (6/90)

| TO: | | |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress    E-filing<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>CV 08    1660    CW |
|---|---|
| DOCKET NO. | DATE FILED<br>MAR 2 7 2008 |

| PLAINTIFF<br>ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE | CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>1301 CLAY STREET, SUITE 400<br>OAKLAND, CA 94612-5212 |
|---|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

ORIGINAL

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.218 2007-11-06 23:43:20 EST          **CASE ID#** 147153928

**P2P Network:** GnutellaUS          **Total Audio Files:** 889

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Foreigner | I Want to Know What Love Is | I Want to Know What Love Is (single) | 58-550 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| SONY BMG MUSIC ENTERTAINMENT | Wheatus | Teenage Dirtbag | Wheatus | 286-488 |
| UMG Recordings, Inc. | Sisqo | Thong Song | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Tortura | Fijacion Oral Vol. 1 | 372-418 |
| SONY BMG MUSIC ENTERTAINMENT | Men At Work | Down Under | Business As Usual | 35-328 |
| Elektra Entertainment Group Inc. | Bjork | All is Full of Love | Homogenic | 245-199 |
| Warner Bros. Records Inc. | Madonna | Hollywood | American Life | 330-200 |
| UMG Recordings, Inc. | Weezer | Photograph | Weezer (Green Album) | 297-030 |