Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email:      dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING
CORPORATION; SONY BMG MUSIC
ENTERTAINMENT; MOTOWN RECORD
COMPANY, L.P.; UMG RECORDINGS,
INC.; ELEKTRA ENTERTAINMENT
GROUP INC.; and WARNER BROS.
RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br> Defendant. | CASE NO. 4:08-cv-01660-CW <br><br> Hon. Claudia Wilken <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs INTERSCOPE RECORDS, et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 147153928 with IP address 207.62.144.218 2007-11-06 23:43:20 EST, each party to bear its/her own fees and costs.  The Clerk of Court is respectfully requested to close this case.


Dated:  June 23, 2008                    HOLME ROBERTS & OWEN LLP


By:  _____/s/ Dawniell Alise Zavala___
          DAWNIELL ALISE ZAVALA
          Attorney for Plaintiffs
          ATLANTIC RECORDING
          CORPORATION; SONY BMG MUSIC
          ENTERTAINMENT; MOTOWN
          RECORD COMPANY, L.P.; UMG
          RECORDINGS, INC.; ELEKTRA
          ENTERTAINMENT GROUP INC.; and
          WARNER BROS. RECORDS INC.